**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                          )
                                               )
                                               )        Bankruptcy No. _____
                                               )
                           Debtor.             )        Chapter        _____
                                                        Jointly Administered

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From    _____, _____    through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:        Interim Application _____            Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____            _____
                                                                                                    (Counsel)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| LUKE DEWEY | ) | CASE NO. 15-81747 |
| JAIMIE L. DEWEY, *et al*. | ) | |
| | ) | CHAPTER 11 |
| DEBTORS. | ) | |
| | ) | (JOINTLY ADMINISTERED) |

**NOTICE**

THE DEBTORS, by their attorney, BERNARD J. NATALE, have filed papers with the Court for the: **APPLICATION FOR AWARD OF FINAL ATTORNEY FEES TO BE PAID BY LUKE DEWEY AND JAIMIE L. DEWEY**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Motion, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 327 S. Church Street, Rockford, IL; OR
2. Attend the hearing scheduled to be **Wednesday, May 4, 2016 @ 10:30 a.m.** in the United States Bankruptcy Court, 327 S. Church Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J NATALE, LTD
BERNARD J. NATALE
Edgebrook Office Center
1639 N. Alpine Road, Suite 401
Rockford, Illinois 61107
815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date: April 7, 2016

/s/ BERNARD J. NATALE
BERNARD J. NATALE
Edgebrook Office Center
1639 N. Alpine Road, Suite 401
Rockford, Illinois 61107

## PROOF OF SERVICE

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF WINNEBAGO      )

    The undersigned, being first duly sworn on oath deposes and states that she served the attached APPLICATION FOR AWARD OF FINAL ATTORNEY FEES TO BE PAID BY LUKE DEWEY AND JAIMIE L. DEWEY by placing a true and correct copy of said notice in each envelope, addressed as attached:

        SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT).**

    That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 7th day of April, 2016.

                                      /s/    Mary D. Magnuson

Subscribed and sworn to before me
this 7th day of April, 2016.

/s/    Denise M. Bennett
Notary Public

My commission expires July 15, 2018

Attorney Thomas Lester
PO Box 1389
Rockford, IL 61105

.

Byron Bank
200 North Walnut
Byron, IL 61010

Diann R. Griffis & Co. P.C.
129 S. Phelps Avenue
Suite 1003B
Rockford, IL 61108

ExxonMobil Business Card
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

GM Business Card
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Luke and Jaimie L. Dewey
7431 Fairmont Lane
Rockford, IL 61107

Luke J. Dewey
7431 Fairmont Lane
Rockford, IL 61107

Office Depot Business Credit
PO Box 790449
Saint Louis, MO 63179

Transworld Systems, Inc.
PO Box 17221
Wilmington, DE 19850

United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072-1613

Attorney Thomas Lester
PO Box 1389
Rockford, IL 61105

Nissan Motor Acceptance Corp
PO Box 900001133
Louisville, KY 40290-1133

Byron Bank
200 North Walnut
Byron, IL 61010

Office Depot Business Credit
PO Box 790449
Saint Louis, MO 63179

Chase
PO Box 9001020
Louisville, KY 40290-1020

Quality Auto, Inc. Collision Center
3458 35th Street
Rockford, IL 61109

Citi Advantage Plantinum Select
PO Box 6500
Sioux Falls, SD 57117

Synchrony Bank
c/o Recovery Management Systems
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Citimortgage
P.O. Box 813040
Columbus, OH 43218

Transworld Systems, Inc.
PO Box 17221
Wilmington, DE 19850

Diann R. Griffis & Co. P.C.
129 S. Phelps Avenue
Suite 1003B
Rockford, IL 61108

United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072-1613

ExxonMobil Business Card
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

GM Business Card
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Infinity Financial Services
PO Box 660360
Dallas, TX 75266-0360

Jon Dewey
8532 Shore Drive
Machesney Park, IL 61115

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | ) IN BANKRUPTCY |
| | ) |
| LUKE DEWEY | ) CASE NO. 15-81747 |
| JAIMIE L. DEWEY, *et al*. | ) |
| | ) CHAPTER 11 |
| DEBTORS. | ) |
| | ) (JOINTLY ADMINISTERED) |

**APPLICATION FOR AWARD OF FINAL ATTORNEY FEES**
**TO BE PAID BY LUKE DEWEY AND JAIMIE L. DEWEY**

NOW COMES BERNARD J. NATALE, attorney for the debtors, LUKE DEWEY, JAIMIE L. DEWEY, *et al.*, and submits this APPLICATION FOR AWARD OF FINAL ATTORNEY FEES TO BE PAID BY LUKE DEWEY AND JAIMIE L. DEWEY, and states as follows:

1. The Debtors filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on July 1, 2015.

2. On July 23, 2015, an Order was entered in this Court directing joint administration of the Debtors' two (2) related Chapter 11 bankruptcy cases.

3. Your applicant was approved to act as attorney for the Debtors on September 10, 2015.

4. The Debtors paid Attorney BERNARD J. NATALE a non-refundable retainer of $7,500.00, out of which was subtracted the sum of $1,717.00 for the Chapter 11 filing fees. Your applicant was paid $4,184.40 in pre-petition fees leaving a credit balance of $1,598.60.

5. On December 2, 2015, Attorney BERNARD J. NATALE filed an interim fee application with this Court for the period July 1, 2015 through November 30, 2015, to be paid by Debtors, LUKE DEWEY and JAIMIE L. DEWEY. The Court approved counsel's interim fee application and an Order was entered on December 23, 2015. All fees and expenses from this interim fee application have now been paid in full.

6. Your applicant, Attorney BERNARD J. NATALE, has provided certain and actual legal services to the Debtors and to the estate, the general nature of which is herein described as set forth in detail in Exhibits "A" and "B", attached hereto and made a part hereof. The hourly rate for counsel for calendar year 2015 was $325.00, and continues at that rate for this case for calendar year 2016.

7. Your applicant has kept separate time records for charges incurred directly for the benefit LUKE DEWEY and JAIMIE DEWEY or QUALITY AUTO, INC. – COLLISION CENTER. When time charges were for the joint benefit of both Debtors' estates, time has been split equally between the two (2) estates. For example, if a time charge was one (1) hour, one-half (1/2) hour was charged to DEWEY, and one-half (1/2) hour was charged to QUALITY AUTO, INC. – COLLISION CENTER, as joint charges were equally for the benefit of both estates.

8. Based upon the nature, extent and value of services performed to date by your applicant and the cost of comparable services other than that in a case under this title, the reasonable final compensation for services for Attorney BERNARD J. NATALE for the period December 1, 2015 through date of Confirmation, April 4, 2016, to be paid by Debtors, LUKE DEWEY and JAIMIE L. DEWEY, is $4,931.89, plus expenses of $110.18, for a total award of $5,042.07.

9. Upon award of final fees and expenses, your applicant prays that the Debtors, LUKE DEWEY and JAIMIE L. DEWEY be ordered to pay the fee amount of $$4,931.89, plus expenses of $110.18, for a total award of $5,042.07.

**WHEREFORE**, your applicant prays that after notice and a hearing the Court authorize payment by Debtors, LUKE DEWEY and JAIMIE L. DEWEY, of final attorney fees to Attorney BERNARD J. NATALE for the period December 1, 2015 through date of Confirmation, April 4, 2016, in the sum of $4,931.89, plus expenses of $110.18, for a total award of $5,042.07; and that Debtor be ordered to pay said balance of $5,042.07 upon Order of this Court.

Date: April 7, 2016

/S/    **BERNARD J. NATALE**
BERNARD J. NATALE, Attorney for the Debtors,
LUKE DEWEY, JAIMIE DEWEY, *et al*.

PREPARED BY

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
EDGEBROOK OFFICE CENTER
1639 N. ALPINE ROAD, SUITE 401
ROCKFORD, IL 61107
(815) 964-4700