IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | IN BANKRUPTCY |
| ) |  |
| LUKE DEWEY ) | CASE NO. 15-81747 |
| JAIMIE L. DEWEY, *et al*. ) |  |
| ) | CHAPTER 11 |
| DEBTORS. ) |  |
| ) | (JOINTLY ADMINISTERED) |

NOTICE OF HEARING

THE DEBTORS, by their attorney, BERNARD J. NATALE, have filed papers with the Court for the:

APPLICATION FOR FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMMATION

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you desire a copy of the Motion , please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 327 S. Church Street, Rockford, IL; OR
2. Attend the hearing scheduled to be   **Wednesday, June 22, 2016 @ 10:30 a.m.** in the United States Bankruptcy Court, 327 S. Church Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:    BERNARD J NATALE, LTD
BERNARD J. NATALE
1639 N. Alpine Road, Suite 401
Rockford, Illinois 61107
815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  June 7, 2016

/s/ BERNARD J. NATALE
BERNARD J. NATALE
1639 N. Alpine Road, Suite 401
Rockford, Illinois 61107

## PROOF OF SERVICE

STATE OF ILLINOIS )
) SS
COUNTY OF WINNEBAGO )

    The undersigned, being first duly sworn on oath deposes and states that she served the attached **HEARING ON APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMMATION** by placing a true and correct copy of said notice in each envelope, addressed as attached:

        SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT).**

    That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 7th day of June, 2016.

                                        /s/    Mary D. Magnuson

Subscribed and sworn to before me
this 7th day of June, 2016.

/s/    Denise M. Bennett
Notary Public

My commission expires July 15, 2018

Attorney Thomas Lester
PO Box 1389
Rockford, IL 61105

Nissan Motor Acceptance Corp
PO Box 90001133
Louisville, KY 40290-1133

Byron Bank
200 North Walnut
Byron, IL 61010

Office Depot Business Credit
PO Box 790449
Saint Louis, MO 63179

Chase
PO Box 9001020
Louisville, KY 40290-1020

Quality Auto, Inc. Collision Center
3458 35th Street
Rockford, IL 61109

Citi Advantage Plantinum Select
PO Box 6500
Sioux Falls, SD 57117

Synchrony Bank
c/o Recovery Management Systems
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Citimortgage
P.O. Box 813040
Columbus, OH 43218

Transworld Systems, Inc.
PO Box 17221
Wilmington, DE 19850

Diann R. Griffis & Co. P.C.
129 S. Phelps Avenue
Suite 1003B
Rockford, IL 61108

United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072-1613

ExxonMobil Business Card
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

GM Business Card
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Infinity Financial Services
PO Box 660360
Dallas, TX 75266-0360

Jon Dewey
8532 Shore Drive
Machesney Park, IL 61115

Attorney Thomas Lester
PO Box 1389
Rockford, IL 61105

.

Byron Bank
200 North Walnut
Byron, IL 61010

Diann R. Griffis & Co. P.C.
129 S. Phelps Avenue
Suite 1003B
Rockford, IL 61108

ExxonMobil Business Card
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

GM Business Card
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Luke and Jaimie L. Dewey
7431 Fairmont Lane
Rockford, IL 61107

Luke J. Dewey
7431 Fairmont Lane
Rockford, IL 61107

Office Depot Business Credit
PO Box 790449
Saint Louis, MO 63179

Transworld Systems, Inc.
PO Box 17221
Wilmington, DE 19850

United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072-1613

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | ) IN BANKRUPTCY |
| LUKE DEWEY | ) CASE NO. 15-81747 |
| JAIMIE L. DEWEY, *et al*. | ) |
| | ) CHAPTER 11 |
| DEBTORS. | ) |
| | ) (JOINTLY ADMINISTERED) |

**APPLICATION FOR FINAL DECREE**
**AND ORDER OF SUBSTANTIAL CONSUMMATION**

NOW COMES the Debtors, LUKE DEWEY, JAIMIE L. DEWEY, *et al*., by their attorney, BERNARD J. NATALE, and applies to this Court for a Final Decree and an Order declaring the Plan to have been substantially consummated.

**Class I** creditors (Administrative claims) whose claims to date certain have been allowed by Orders of the Bankruptcy Court and have been paid in full.

**Class II** creditor (BYRON BANK) is being paid by QUALITY AUTO, INC. – COLLISION CENTER pursuant to the terms and conditions of the Debtor's Plan of Reorganization.

**Class III** creditor (CITIMORTGAGE) is being paid by LUKE DEWEY and JAIMIE DEWEY pursuant to the Debtors' confirmed Plan of Reorganization.

**Class IV** creditor (CHASE) is being paid by LUKE DEWEY and JAIMIE DEWEY pursuant to the terms and conditions of the Debtors' Plan of Reorganization.

**Class V** creditor (NISSAN MOTOR ACCEPTANCE) is being paid by QUALITY AUTO, INC. – COLLISION CENTER, for the benefit of the Deweys, pursuant to the terms and conditions of the Debtor's confirmed Plan of Reorganization.

**Class VI** creditor (PRIORITY CLAIMS) – None.

**Class VII** creditor (EXECUTORY CONTRACTS AND UNEXPIRED LEASES – INFINITI FINANCIAL) Lease assumed on a 2014 Infiniti QX60 Limited. Payment to be made by QUALITY AUTO, INC. – COLLISION CENTER for the benefit of the Deweys.

**Class VIII** creditor (UNSECURED CLAIMS OF LESS THAN $1,000) – These unsecured claims include Diann R. Griffis & Co., P.C.; GM Mastercard by Cavalry Spv I, LLC; Office Depot Business Credit; and Transworld Systems. Claims are being paid by QUALITY AUTO, INC.

– COLLISION CENTER pursuant to the terms and conditions of the Debtor's confirmed Plan of Reorganization.

**Class IX** creditor (UNSECURED CLAIMS OF MORE THAN $1,000) – The unsecured claims of this Class, to be paid by LUKE DEWEY and JAIMIE L. DEWEY, include Citi Advantage Platinum Select and Jon Dewey. Unsecured claims of this Class to be paid by QUALITY AUTO, INC. – COLLISION CENTER include Exxon Mobil Business Card; GM Business Card; United Recovery Systems, LP; and Byron Bank. All unsecured claims of this Class shall be paid pursuant to the terms and conditions of the Debtors' confirmed Plan of Reorganization.

Attached hererto are a Summary of Payments Made, along with Exhibits 1-6 and Group Exhibits 7-9 hereto showing proof of payments made to date, pursuant to the terms and conditions of the Confirmed Plan.

**WHEREFORE**, the Debtor requests that the Court enter a Final Decree and Order declaring the Plan of Reorganization to have been substantially consummated.

> **The undersigned verify that the foregoing is true and correct to the best of our knowledge, information and belief, and declare, under penalty of perjury, that we have read the foregoing Application for Final Decree and Order of Substantial Consummation and any attachments hereto.**

Date: June 7, 2016

LUKE DEWEY and JAIMIE L. DEWEY

_/s/ JAIMIE L. DEWEY_ *Jaimie Dewey*

QUALITY AUTO, INC. – COLLISION CENTER

_/s/ LUKE DEWEY_
BY: LUKE DEWEY, ITS PRESIDENT

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
EDGEBROOK OFFICE CENTER
1639 N. ALPINE ROAD
SUITE 401
ROCKFORD, IL 61107